UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 04 B 32644
    SHIRLEY ANN CLAY
                                                    CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY

             Debtor
    SSN XXX-XX-2796


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/02/2004 and was confirmed 10/28/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 11/10/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO WATER DE | SECURED | 828.72 | 102.25 | 828.72 |
| COOK COUNTY ASSESSOR | SECURED | .00 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED | 6075.00 | 648.75 | 6075.00 |
| WELLS FARGO AUTO FINANCE | UNSEC W/INTER | 3705.01 | 460.16 | 3705.01 |
| ADVOCATE BETHANY HOSPITA | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ANOINTED HIGH PARTNERS L | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ANOINTED HEALTH PARTNERS | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAPITAL ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHICAGO IMAGING INC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSEC W/INTER | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSEC W/INTER | 615.98 | 74.54 | 615.98 |
| FCNB/SPIEGEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| FIFTH THIRD | NOTICE ONLY | NOT FILED | .00 | .00 |
| JACKSON PARK HOSPITAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| JACKSON PARK HOSPITAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| LITTLE CO MARY HOSPITAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CFC FINANCIAL LLC | UNSEC W/INTER | 541.24 | 67.13 | 541.24 |
| SBC/AMERITECH | NOTICE ONLY | NOT FILED | .00 | .00 |
| EHS TRINITY HOSPITAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| TRINITY HOSPITAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| TRINITY HOSPITAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| US CELLULAR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| US CELLULAR | NOTICE ONLY | NOT FILED | .00 | .00 |
| LEDFORD & WU | REIMBURSEMENT | 37.80 | .00 | 37.80 |
| LEDFORD & WU | DEBTOR ATTY | 2,400.00 | | 2,400.00 |
| TOM VAUGHN | TRUSTEE | | | 933.01 |
| DEBTOR REFUND | REFUND | | | 170.41 |

          Summary of Receipts and Disbursements:


                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 32644 SHIRLEY ANN CLAY

```
-----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 16,660.00

PRIORITY                                          37.80
SECURED                                        6,903.72
     INTEREST                                    751.00
UNSECURED                                      4,862.23
     INTEREST                                    601.83
ADMINISTRATIVE                                 2,400.00
TRUSTEE COMPENSATION                             933.01
DEBTOR REFUND                                    170.41
                        ---------------    ---------------
TOTALS                  16,660.00             16,660.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/26/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                         PAGE   2
          CASE NO. 04 B 32644 SHIRLEY ANN CLAY